1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  EUMI L. CHOI (WVBN 722)
   Assistant United States Attorney
5
6    150 Almaden Boulevard
     San Jose, California 95113
7    Telephone: (408) 535-5061
     Facsimile:  (408) 535-5066
8    Email: Eumi.Choi@usdoj.gov

9  Attorneys for the United States of America

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila
5/6/2011

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,           ) | No. CR 10-00829EJD
14 |      Plaintiff,                     ) |
   |                                     ) | STIPULATION AND [PROPOSED]
15 |   v.                                ) | ORDER EXCLUDING TIME FROM MAY
   |                                     ) | 9, 2011, THROUGH **MAY 31, 2011**
16 | AJAMU CRITTLE ,                     ) | FROM THE SPEEDY TRIAL ACT
   |                                     ) | CALCULATION (18 U.S.C. §
17 |      Defendant.                     ) | 3161(h)(7)(A),(B))
   |                                     ) |
18 |_____) |

19

20

21     A status hearing is currently set for May 9, 2011, on the Court's calendar.  Due to a

22 scheduling issue on the government's part, the parties have agreed to move the hearing date to

23 May 23, 2011, if that date is available to the Court.

24     The United States hereby submits this written request for an order finding that said time

25 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served

26 by taking such action and outweigh the best interests of the public and defendant in a speedy

27 trial. 18 U.S.C. § 3161(h)(7)(A).  The failure to grant such a continuance would unreasonably

28

deny counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: May 5, 2011

MELINDA HAAG
United States Attorney

_____/s/_____
EUMI L. CHOI
Assistant United States Attorney

_____/s/_____
MANUEL ARAUJO
Assistant Federal Defender

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time from May 9, 2011, through **May 31, 2011**, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: May 6, 2011

EDWARD DAVILA
United States District Court Judge

CR 10-00829 ED
STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME                            2