BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CRITTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>AJAMU CRITTLE,<br>Defendant. | No. CR-10-00829 EJD<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

**STIPULATION**

Defendant Ajamu Crittle, by and through Assistant Federal Public Defender Manuel U. Araujo, and the United States, by and through Assistant United States Attorney Eumi Choi, hereby stipulate that, with the Court's approval, the status hearing currently set for Monday, June 6, 2011, shall be continued to Monday, June 13, 2011, at 1:30 p.m.

The reason for the requested continuance is to provide time for defense counsel to confer with Mr. Crittle as to whether he will agree to have this matter referred to the Honorable Edward J. Davila for sentencing.

The parties agree that the time between June 6, 2011, and June 13, 2011, is excludable

under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel and effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: June 2, 2011

_____________/s/______________
MANUEL U. ARAUJO
Assistant Federal Public Defender

Dated: June 2, 2011

_____________/s/______________
EUMI CHOI
Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently scheduled for June 6, 2011, shall be continued to June 13, 2011, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between June 6, 2011, and June 13, 2011, would unreasonably deny the defendant's continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between June 6, 2011, and June 13, 2011, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between June 6, 2011, and June

13, 2011, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: June 3, 2011

THE HONORABLE EDWARD J. DAVILA
United States District Court Judge