IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00829 - EJD |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING |
| | ) | SENTENCING FROM SEPTEMBER 19, |
| v. | ) | 2011 TO NOVEMBER 7, 2011 |
| | ) | |
| AJAMU CRITTLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the

sentencing hearing in the above-captioned matter shall be continued from September 19, 2011 to

November 7, 2011 at 1:30 pm.  It is further ordered that the period of delay from September 19,

2011 to and including November 7, 2011, is excluded for purposes of Speedy Trial Act

computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and

3161(h)(7)(B)(iv).

Dated: August 3  , 2011

_____
HONORABLE EDWARD J. DAVILA,
United States District Judge