1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CRITTLE

6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE  DIVISION

12  UNITED STATES OF AMERICA,        )    No.  CR-10-00829 - JW
                                     )
13        Plaintiff,                 )    **STIPULATION TO CONTINUE**
                                     )    **SENTENCING DATE AND**
14     v.                            )    ~~[PROPOSED]~~ **ORDER**
                                     )
15  AJAMU CRITTLE,                   )
                                     )
16        Defendant.                 )
                                     )
    _____ )

17

18

19        The parties, the United States of America, and defendant, Ajamu Crittle, through their

20  respective counsel, and subject to the Court's approval, stipulate and agree that the Court move

21  the sentencing date in this case from November 7, 2011 to January 30, 2012, at 1:30 p.m.  The

22  defense needs additional time to retest the quantity of drugs and desires that the Probation Office

23  interview his client.  Defense counsel will be in trial until November 1, 2011.  Mr. Crittle is

24  currently housed at the Federal Correctional institution a Dublin, California.  Defense counsel

25  has conferred with his client and he agrees to the continuance and the reasons for its necessity.

26  The Probation Office has indicated to the parties that the January 30, 2012, date is acceptable.

27  //

28

STIPULATION TO CONTINUE SENTENCING DATE
AND ~~[PROPOSED]~~ ORDER
CR-10-00829 - JW

IT IS SO ORDERED
AS MODIFIED

Judge James Ware

1    Dated: October 20, 2011                          Respectfully submitted,

2                                                     _____/S/_____
                                                      MANUEL ARAUJO,
3                                                     Attorney for Defendant

4
                                                      _____/S/_____
5    Dated: October 20, 2011                          EUMI CHOI,
                                                      Assistant United States Attorney
6

7
                                    [PROPOSED] ORDER
8

9
         WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing
10
     date in the above-captioned case is moved from November 7, 2011 to January 30, 2012 at 1:30pm.
11    This is a final continuance.

12   DATED:  November 1, 2011                          _____
                                                       HON. JAMES WARE,
13                                                     Chief United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE SENTENCING DATE
AND [PROPOSED] ORDER
CR-10-00829 - JW