BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CRITTLE

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR-10-00829 - JW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING AND** |
| v. | ~~[PROPOSED]~~ **ORDER** |
| AMAJU CRITTLE, | |
| Defendant. | |

The parties, the United States of America, and defendant, Amaju Crittle, through their respective counsel, and subject to the Court's approval, stipulate and agree that the Court move the sentencing date in this case from  January 30, 2012, to February 27, 2012 at 1:30 p.m.

The continuance is requested by the defendant's counsel for the following reasons.  On November 6, 2011, defense counsel's eighty-eight year old mother broke her hip. Between November 9, 2011, through November 25, 2011, defense counsel took leave to attend to his mother who after overcoming complications, had hip surgery on November 12, 2011.  A number of complications arose due to counsel's mother's age, health, and the effects of major surgery.  On November 22, 2011, counsel's mother's doctors sent her home where she received hospice care and with the expectation that she would die shortly.   Counsel's mother died on December 13, 2011, and was buried on December 20, 2011.

1  Further, Judge Davila signed a protective order on December 7, 2011, to allow defense's
2  chemist to retest the drug exhibit in this matter. Defense counsel is still waiting for these tests
3  results.
4  Defense counsel has conferred with his client and he agrees to the continuance and the
5  reasons for its necessity. The Probation Office has indicated to the parties that the February 27,
6  2012, date is acceptable.

Dated: January 3, 2012					Respectfully submitted,

				_____/S/_____
				MANUEL ARAUJO,
				Attorney for Defendant

Dated: January 3, 2012

				_____/S/_____
				EUMI CHOI,
				Assistant United States Attorney

### [PROPOSED] ORDER

WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing date in the above-captioned case is moved from January 30, 2012, to February 27, 2012 at 1:30 p.m.

DATED: January 17, 2012			_____/s/ James Ware_____
				HON. JAMES WARE,
				Chief United States District Court Judge

STIPULATION TO CONTINUE SENTENCING
AND [PROPOSED] ORDER
CR-10-00829 - JW